IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS AMAYA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROCK-TENN SERVICES,<br><br>        Defendant.<br>                                 / | No. C 13-00324 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 18, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 20, 2013.

DESIGNATION OF EXPERTS: 3/7/14; REBUTTAL: 3/21/13.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 11, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by January 10, 2014;

    Opp. Due January 24, 2014; Reply Due January 31, 2014;

   and set for hearing no later than February 14, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 6, 2014 at 3:30 PM.

COURT TRIAL DATE: May 19, 2014 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties have agreed to complete private mediation by the end of September 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/22/13

                                                          SUSAN ILLSTON
                                                          United States District Judge